IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| PATRICK RUSSELL, | ) | 4:17CV3026 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LISA MATHEWS and SALAVADOR CRUZ, | ) | |
| Defendants. | ) | |

On April 27, 2017, the court ordered Plaintiff to either show cause why this case should not be dismissed pursuant to 28 U.S.C. § 1915(g) or pay the court's $400.00 filing and administrative fees by May 30, 2017 (Filing No. 10). To date, Plaintiff has not made the required showing or paid the required fees.

On May 23, 2017, Plaintiff filed a motion to reconsider (Filing No. 11). The motion will be denied for the reason that the matters stated therein do not show that the court's order was erroneous in any respect.

IT IS THEREFORE ORDERED:

1. Plaintiff's motion for reconsideration (Filing No. 11) is denied.

2. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

3. The court will enter judgment by a separate document.

DATED this 9th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge